**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 10, 2020

**BY ECF**

The Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

**Re:** *United States v. Melo et al.*, **19 Cr. 818 (PGG)**

Dear Judge Gardephe:

      The Government respectfully writes with the consent of counsel for all defendants to provide a status update to the Court and to request an adjournment of the next status conference in this case. Discovery is currently complete and plea discussions are ongoing. The next scheduled conference is currently set for June 12, 2020. In light of the current health situation, the parties respectfully request that the conference be adjourned to a date convenient for the Court. The parties further request that the time between June 12, 2020 and the date of the next conference be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), in the interest of justice, both in light of the current health situation and so that counsel can discuss the pending plea offers with their clients.

      Respectfully submitted,

      GEOFFREY S. BERMAN
      United States Attorney

by:   /s/
      Celia V. Cohen
      Assistant United States Attorney
      (212) 637-2466