**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 11, 2020

**BY ECF**

The Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

**Re:**   *United States v. Melo et al.*, **19 Cr. 818 (PGG)**

Dear Judge Gardephe:

    The Government respectfully writes with the consent of all counsel to clarify the parties' joint request for an adjournment in this matter. The parties have conferred, and all parties consent to an adjournment of up to 60 days. They further consent to exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), in the interest of justice.

                      Respectfully submitted,

                      GEOFFREY S. BERMAN
                      United States Attorney

by: ___/s/_____
     Celia V. Cohen
     Assistant United States Attorney
     (212) 637-2466