UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

ALEXANDER MELO, JAVIER JANIEL,
FRANMY LUNA, and JUAN PERALTA,

Defendants.

**ORDER**

19 Cr. 818 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

It is hereby ORDERED that the conference in this action previously scheduled for **June 12, 2020** is adjourned to **August 10, 2020 at 11:00 a.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Upon the application of the United States of America, by and through Assistant United States Attorney Celia Cohen, and with the consent of Alexander Melo, Javier Janiel, Franmy Luna, and Juan Peralta, by and through their respective counsel, Aaron Mysliwiec, Evans Prieston, Deborah Colson, and Michael Sporn, it is hereby ORDERED that the time from June 12, 2020 through August 10, 2020 is excluded under the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(7)(A). The Court finds that the granting of such a continuance serves the ends of justice and outweighs the best interests of the public and the defendants in a speedy trial, because it will allow the parties to continue plea negotiations.

Dated: New York, New York
       June 11, 2020

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge