

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

August 7, 2020

**BY ECF**

The Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

**Re:**   *United States v. Melo, et al.*, **19 Cr. 818 (PGG)**

Dear Judge Gardephe:

      The Government respectfully writes with the consent of all counsel to jointly request an adjournment in this matter. The parties have conferred, and all parties consent to an adjournment of the August 10, 2020 status conference of up to 60 days. They further consent to exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), in the interest of justice. In the event that the parties are ready to proceed with a change of plea proceeding earlier than the next conference date, we will promptly alert the Court.

                                           Respectfully submitted,

                                           AUDREY STRAUSS
                                           Acting United States Attorney

                by:   ___/s/_____
                       Celia V. Cohen
                       Assistant United States Attorney
                       (212) 637-2466