UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

JUAN PERALTA,

                              Defendant.

**ORDER**

19 Cr. 818 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

Defendant Juan Peralta's sentencing will take place on **August 25, 2021 at 12:00 p.m.** in Courtroom 705 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.  Any submissions on behalf of Defendant Peralta are due by **August 4, 2021**.  The Government's submission is due by **August 11, 2021**.

The Probation Department is directed to prepare a presentence investigation report for Defendant Peralta.

Dated: New York, New York
        April 21, 2021

SO ORDERED.

Paul G. Gardephe
United States District Judge