UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

    -against-

JUAN PERALTA,

              Defendant.

**ORDER**

19 Cr. 818 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

    The sentencing currently scheduled for October 8, 2021 is adjourned to **October 12, 2021 at 4:00 p.m.**

Dated: New York, New York
       October 1, 2021

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge