UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

JUAN PERALTA,

Defendant.

**ORDER**

19 Cr. 818 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

      Defendant Juan Peralta's sentencing, currently scheduled for October 12, 2021, is adjourned to **October 21, 2021 at 3:00 p.m.**

Dated: New York, New York
       October 8, 2021

SO ORDERED.

Paul G. Gardephe
United States District Judge