

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

October 12, 2021

**BY ECF**

The Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

MEMO ENDORSED:
The application is granted.  The sentencing currently scheduled for October 21, 2021 is adjourned to **October 26, 2021 at 10:30 a.m.**

SO ORDERED.

*[signature]*

Paul G. Gardephe
United States District Judge

Dated: October 15, 2021

**Re:  *United States v. Juan Peralta*, 19 Cr. 818 (PGG)**

Dear Judge Gardephe:

      The Government writes to respectfully request that the sentencing in the above-captioned matter, currently scheduled for October 21, 2021, be rescheduled.  The parties are available on October 25 (except noon to 1:00 PM), October 26, October 27 (from 10:30 AM until 3:30 PM), and October 28 (before noon).

      Respectfully submitted,

      DAMIAN WILLIAMS
      United States Attorney

by:    /s/
      Celia V. Cohen
      Assistant United States Attorney
      (212) 637-2466

cc: Michael Sporn, Esq. (by ECF)